Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:    916.448.5047

Attorneys for Plaintiff ANTHONY DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTHONY DIXON, | Case No. 1:13-CV-00972-BAM |
| Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff ANTHONY DIXON substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing Adam & Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No. 071170, c/o Carroll, Burdick & McDonough LLP. Contact information for new counsel is as follows:

Messing Adam & Jasmine LLP

980 9th Street, Suite 380

Sacramento, CA 95814

Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

Email: jhenderson@majlabor.com

1  I consent to the above substitution.

2                                            /s/ Anthony Dixon

3  Date: 6/9/15                              Anthony Dixon

4

5  I consent to being substituted.           **CARROLL, BURDICK & MCDONOUGH LLP**

6                                            /s/ David Godwin

7  Date: 6/13/15                             David Godwin

8

9  I consent to the above substitution.      **MESSING ADAM & JASMINE LLP**

10                                           /s/ James W. Henderson, Jr.

11  Date: 4/17/15                            James W. Henderson, Jr.

12

13                              ORDER

14       The substitution of attorney is hereby approved.

15

16  IT IS SO ORDERED.

17  Dated:  **June 15, 2015**        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO