1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Michael G. Woods, #58683
   Christina C. Tillman, #258627
3  7647 N Fresno Street
   Fresno, California 93720
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant COUNTY OF FRESNO
6

7

8                     UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ANTHONY DIXON,                          Case No. 1:13-CV-00972 BAM

12              Plaintiff,                 **STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION**

13       v.

14 COUNTY OF FRESNO,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

IT IS HEREBY STIPULATED by and between Plaintiff ANTHONY DIXON and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff ANTHONY DIXON waives all rights of appeal in connection with this action and that all parties shall bear their own costs and attorney's fees.

Dated: September 22, 2016         McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP


                                  By: _____/s/ Christina C. Tillman_____
                                           Michael G. Woods
                                           Christina C. Tillman
                                  Attorneys for Defendant COUNTY OF FRESNO


Dated: September 30, 2016         MESSING, ADAM & JASMINE, LLP


                                  By: _____/s/ James W. Henderson, Jr._____
                                           James W. Henderson, Jr.
                                           Attorneys for Plaintiff
                                           ANTHONY DIXON

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff ANTHONY DIXON, is dismissed with prejudice and that Plaintiff ANTHONY DIXON has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: __**November 1, 2016**__          ____/s/ *Barbara A. McAuliffe*____
                                                            UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION